# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-05021-01-CR-SW-RED |
| TAMMY L. NEIL, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Now before the Court is Defendant Tammy L. Neil's Motion to Suppress (Doc. 16), Opposition of United States of America to Defendant's Motion to Suppress (Doc. 21), Suggestions in Support of Defendant's Motion to Suppress (Doc. 60), the Report and Recommendation of United States Magistrate Judge (Doc. 62), and Defendant's Objections to the Report and Recommendation (Doc. 80). After careful and independent review of the parties' submissions, this Court agrees with and **ADOPTS** the Report and Recommendation of United States Magistrate Judge (Doc. 62) in full. Defendant's Motion to Suppress is **DENIED** (Doc. 16). Defendant's Objections to the Report and Recommendation are **OVERRULED** (Doc. 80).

**IT IS SO ORDERED.**

DATED: July 29, 2011         */s/ Richard E. Dorr*
                             RICHARD E. DORR, JUDGE
                             UNITED STATES DISTRICT COURT